UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NASA FEDERAL CREDIT UNION, | ) |
| *Plaintiff* | ) ) ) CASE NO. 1:09-cv-404 (DAR) |
| v. | ) ) |
| PATRICIA HARVEY | ) ) |
| And | ) ) |
| W. JENKINS PLUMBING & HEATING COMPANY, | ) ) |
| *Defendants.* | ) |

## PREACIPE AND NOTICE

Plaintiff NASA Federal Credit Union ("the Credit Union") respectfully requests the withdrawal of its motion for sanctions against Defendant Patricia Harvey and counsel for Ms. Harvey, Thomas Fortune Fay and Carragh Glen Fay. The parties have settled all disputes between them and as a result, the Credit Union does not desire to further pursue its motion for sanctions.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Respectfully Submitted,

/s/ Constantinos Panagopoulos
Constantinos Panagopoulos
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1747 Pennsylvania Avenue N.W.
Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6627
Fax: (202) 659-6699
Email: cgp@eckertseamans.com
*Counsel for NASA Federal Credit Union*

/s/ Thomas Fortune Fay
Thomas Fortune Fay
LAW OFFICE OF THOMAS FORTUNE FAY
700 Fifth St NW
Washington, DC 20001
Tel: (202) 589-1300
Fax: (202) 589-1721
Email: ThomasFay@aol.com
*Counsel for Patricia (Santos) Harvey*

/s/ Caragh Glenn Fay
Caragh Glenn Fay
LAW OFFICE OF THOMAS FORTUNE FAY
700 Fifth St NW
Washington, DC 20001
Tel: (202) 589-1300
Fax: (202) 589-1721
Email: Caraghfay@aol.com
*Counsel for Patricia (Santos) Harvey*

Dated ~~June~~ July 1, 2009

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NASA Federal Credit Union,
    Plaintiff

v.                            Civil No. 1:09-cv-404(RWR)

W. Jenkins Plumbing & Heating Company
    and
Patricia Harvey,
    Defendants

### ORDER

A praecipe executed by the remaining parties requesting withdrawal of the Motion For Sanctions filed by the Plaintiff, NASA Federal Credit Union, having been filed, it is by the Court this _____ day of _____, 2009

**ORDERED**, that the request be and it is granted and the Motion For Sanctions shall be marked as withdrawn effective as of the above date, and it is further

**ORDERED**, that the above titled case be, and it is hereby, dismissed with prejudice.

_____
Richard W. Roberts
United States District Judge

2.

Copies To:
        Thomas Fortune Fay, Esq.
        Fay Kaplan Law, PA
        700 Fifth Street, NW
        Suite 200
        Washington, DC 20001

        Caragh Glenn Fay, Esq.
        Fay Kaplan Law, PA
        30 Courthouse Square
        Suite 300
        Rockville, MD 20850

        Constantinous G. Panagopoulos, Esq.
        Eckert Seamens Cherin & Mellott, LLC
        1747 Pennsylvania Avenue, NW
        Suite 1200
        Washington, DC 20006
        Attorney For Plaintiff NASA/FCU

        Jane Carol Norman, Esq.
        Bond & Norman
        700 Fifth Street, NW
        Suite 200
        Washington, DC 20001